Surjit P. Soni (CA Bar No. 127419)
Ronald E. Perez (CA Bar No. 151199)
THE SONI LAW FIRM
55 South Lake Ave., Suite 720
Pasadena, California 91101
(626) 683-7600 Telephone   (626) 683-1199 Fax

surj@sonilaw.com
ron@sonilaw.com                                             JS-6

Attorneys for Plaintiff
SUN COAST MERCHANDISE CORP.
dba SUNSCOPE

John A. Scillieri, Esq. (Bar No. 62,703)
Robert A. Seldon, Esq. (Bar No. 101,939)
SELDON & SCILLIERI
10940 Wilshire Boulevard
Eighteenth Floor
Los Angeles, California  90024
Telephone (310) 443-9100
Facsimile (310) 443-9130

Attorneys for Defendants
Guangzhou Metal NY, Inc.
and Jian Zhong Wang a.k.a.
Henry Wang

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUN COAST MERCHANDISE CORPORATION dba SUNSCOPE, a California Corporation<br><br>            Plaintiff,<br><br>vs. | Case No.: CV 07-04246 SJO (AJWx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Trial:<br>Date: May 27, 2008<br>Time: 9:00 A.M. |

| | |
|---|---|
| GUANGZHOU METAL NY, INC., a New York corporation; Jian Zhong (HENRY) WANG, an individual,<br><br>             Defendants. | ) Courtroom: 880 Roybal Building<br>) Honorable S. James Otero<br>)<br>)<br>)<br>) |

THE PARTIES, HEREBY STIPULATE THAT:

1. Judgment be entered in favor of Plaintiff and against Defendants on Plaintiff's Complaint.

2. Defendants, and their respective employees, officers, directors, agents, servants and any person or entity in active concert or participation with them, who receive actual notice of this JUDGMENT by personal service or otherwise be permanently enjoined from (1) making, using, offering for sale, and/or selling in the United States, and/or importing into the United States, triangular drinking containers infringing United States Design Patent No. D498979S, which issued on November 30, 2004, (2) inducing others to infringe United States Design Patent No. D498979S, and (3) contributorily infringing United States Design Patent No. D498979S .

3. Each party bear its own attorneys fees and costs.

UPON THE PARTIES' STIPULATION, AS REFLECTED BY THE PARTIES AND THEIR COUNSEL'S SIGNATURES AND CONSENT,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT THIS STIPLULATION BE ENTERED AS THE COURT'S JUDGMENT AND PERMANENT INJUNCTION.

Dated: May _29_, 2008

/S/ S. James Otero

_____
Hon. S. James Otero
United States District Court Judge

Consented to and Presented by:

**SUN COAST MERCHANDISE CORP. dba SUNSCOPE**

By:_____
    Dilip Bhavnani


**THE SONI LAW FIRM**


By:_____
    Surjit P. Soni
    Attorneys for Plaintiff


**GUANGZHOU METAL NY, INC.**


By:_____
    Jian (Henry) Zhong Wang

**JIAN ZHONG (HENRY) WANG**


By:_____
    Jian (Henry) Zhong Wang


**SELDON & SCILLIERI**


_____
    John A. Scillieri
    Attorneys for Defendants